RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE NICHOLE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Carlos Delgado-Macias

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS DELGADO-MACIAS,<br><br>Defendant. | Case No. 2:19-cr-00256-GMN-BNW<br><br>**UNOPPOSED MOTION FOR THE PREPARATION OF PRE-PLEA PRESENTENCE REPORT (PSR)** |

The defendant, Carlos Delgado-Macias, by and through his counsel of record, Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, files this Unopposed Motion for the Preparation of Pre-Plea Presentence Report. This pleading is based upon the attached Memorandum of Points and Authorities and all of the papers and pleadings on file herein.

DATED this 3rd day of April 2020.

                                            RENE L. VALLADARES
                                            Federal Public Defender

                            By: */s/Monique Kirtley*
                                            MONIQUE KIRTLEY
                                            Assistant Federal Public Defender
                                            Attorney for Carlos Delgado-Macias

**MEMORANDUM POINTS AND AUTHORITIES**

On October 08, 2019, Mr. Delgado-Macias was charged in a one-count criminal Indictment with Deported Alien Found in the United States in violation of 8 U.S.C. § 1326. ECF No. 1. The parties have entered into a plea agreement in which Mr. Delgado-Macias will plead guilty to the one-count Indictment, and the parties are recommending a sentence of twelve months and one day.

In light of the plea agreement, the parties will be filing a stipulation requesting that the change of plea and sentencing hearing be held together and scheduled on the same date and time as the Calendar Call. The defendant is currently scheduled for a calendar call date on July 7, 2020, at 9:00 am.

Should this Court grant the parties' stipulation, there will be a need for the presentence investigation report to be ordered and completed before the change of plea and sentencing hearings. As a result, Mr. Delgado-Macias requests this Court order the preparation of a pre-plea presentence investigation report. Undersigned counsel has spoken with AUSA Kimberly Frayn, and she does not oppose this motion.

DATED this 3rd day of April 2020.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

By: */s/ Monique Kirtley*
MONIQUE KIRTLEY
Assistant Federal Public Defender
Attorney for Carlos Delgado-Macias

**IT IS SO ORDERED.**

Dated this  6   day of April, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on April 3, 2020, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION FOR THE PREPARATION OF PRE-PLEA PRESENTENCE REPORT (PSR** by electronic service (ECF) to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Blvd. So
Suite 1100
Las Vegas, NV 89101

                                                   */s/ Brandon Thomas*
                                                   Employee of the Federal Public Defender